*HEIRS OF ROUQUIER* vs. *EX'RS OF ROUQUIER.*

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court. The heirs of the wife claim a tract of land in possession of the executors of the husband, on the ground that it made a part of the community of acquests and gains, and that the husband, in his life time, sold to them

all the property which he had held in com-
munity with his wife.

West'n Dis'ct
October, 1826

HEIRS OF
ROUQUIER
vs
Ex'us. OF
ROUQUIER,

The only question in the case is, whether
the tract of land sued for made a part of the
community of acquests and gains. It appears
clear to us it did not. The title from the
Spanish government was, it is true, obtained
during coverture, but the concession was in
the name of the husband alone, and it has
been already decided in the case of *De Lemos*
vs. *Garcia,* that lands granted by the king to
one of the married parties, did not enter into
the community. This opinion has been late-
ly reviewed and confirmed in the case of
*Frique* vs. *Hopkins,* where the subject has
been gone into at length. *Vol. 1st,* 334;
4*th ibid.* 334.

The plaintiffs have endeavored to distin-
guish the rights of the parties before us, from
those already decided, on the ground that
the motive for asking for the land from the
government was, that it might benefit the
community property. The weight to which
this argument is entitled has been considered
in the case last cited, and our opinion fully
expressed on it. We are satisfied that it can-
not have the influence which the plaintiffs

West'n Dis'ct
October 1826

HEIRS OF
ROUQUIER
*vs.*
EX'RS. OF
ROUQUIER.

attach to it; and even if it did, the facts of the case do not bring them within the exception contended for; for the grantee asks for the land, not for the use of the property of the community, but for his own, *ses propres animaux.*

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed with costs.

*Deblieux* for the plaintiffs, *Rost* for the defendants.